2:24mj 99

**RECEIVED**
By US Marshals Service at 5:08 pm, Apr 23, 2024

AO 442 (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v. | )<br>)<br>) Case No.  2:24-MJ-1030-1BO<br>)<br>) |
| DAVID J. ALEXANDER | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   David J. Alexander                                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☑ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

CALLED AND FAILED TO APPEAR BEFORE U.S. DISTRICT JUDGE TERRENCE BOYLE IN ELIZABETH CITY, N.C.
ON APRIL 8, 2024:

Count 1: Failure to Yield Blue Lights and Siren, in violation of NCGA 20-157

PETER A. MOORE, JR., CLERK OF COURT

Date:        04/23/2024

_____
*Issuing officer's signature*

City and state:      ELIZABETH CITY, NC

DONNA RUDD, DEPUTY CLERK
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                    _____<br>                                                                        *Arresting officer's signature*<br><br>                                                                        _____<br>                                                                        *Printed name and title* |

## United States District Court
### Violation Notice
(Rev. 1/2020)

NP24007323

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC-G2 | E 1682629 | EVANS | 310 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐USC ☐State Code |
|---|---|
| 12/08/2024  1221 | 20-157 |

Place of Offense

NC-12 (NB) RAMP 30

Offense Description: Factual Basis for Charge    HAZMAT ☐

FAILURE TO YIELD BLUE LIGHTS AND SIREN

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| ALEXANDER | DAVID | J. |

### REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions

2:24-MJ-1030

**APPEARANCE IS OPTIONAL**
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 125  Forfeiture Amount
+ $30  Processing Fee
$ 155.00  Total Collateral Due

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1682629*

CVB SCAN 01/31/2024 12:3

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

INTERNATIONAL BOX TRUCK - PENSKE 40 FT. BOX

The foregoing statement is based upon:
☐ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident. PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/31/2024 12:3

# STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on January 09, 2024 while exercising my duties as a law enforcement officer in the EASTERN District of North Carolina

At the above date and time, I (J. Evans #310) observed a white in color delivery truck traveling at what appeared to be a high rate of speed traveling Northbound on NC-12 in the vicinity of Ramp 30. I confirmed the vehicle's speed via the onboard forward facing radar of the patrol vehicle to be 68 mph in a 55 mph zone. I activated the onboard lights to effect a traffic stop, however the operator of the box truck did not respond to emergency lights. I also activated the on board siren at different tones, as well as the patrol vehicle air horn, all of which the driver also did not respond to, maintaining speeds of 68pmh to 71 mph. I maneuvered my patrol vehicle over the highway dividing line as well as the fog line to be as visible as possible for the driver, who continued to not respond by slowing down or making any effort to yield; at this point we had traveled over for miles. At approximately 4.3 miles, just before ocean side ramp 25, the operator finally slowed the box truck down and began to pull to the side of the road; at this point there was also a North Carolina State Trooper also following the truck and trying to get the operator's attention.

Upon approaching the box truck, I identified the operator as Mr. David Alexander . . . . . . whom claimed he was distracted and did not realize there were law enforcement vehicles following him for over four miles with lights and sirens. There was also a passenger in the vehicle who also claimed he was unaware.

Mr. Alexander was cited under (NC-GS-20-157) Failure to yield for blue lights and siren; he was compliant throughout. All on board radar tests were satisfactory, before and after shift.

The foregoing statement is based upon:

☐ my personal observation      ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: //
_____07/11/0024_____    _____
Date (mm/dd/yyyy)                  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:
_____07/11/2024_____    _____
Date (mm/dd/yyyy)                  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle,
CDL = Commercial driver's license, CMV = Commercial vehicle involved in incident.

